**MEMO ENDORSED**



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER, ROOM 4300
NEW YORK, NEW YORK 10281-1022



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/10

WRITER'S DIRECT DIAL LINE
(212) 336-0589

VIA FACSIMILE TRANSMISSION [(212) 805-7927]

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
JUL 26 2010
UNITED STATES DISTRICT ...

The Honorable Naomi Reice Buchwald
United States States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

RE:  SEC v. Yonni Sebbag and Bonnie Hoxie, Civ. No. 10-4241.

Dear Judge Buchwald:

As per our discussions with your law clerk, please be advised that the Plaintiff U.S. Securities and Exchange Commission has been in contact with criminal defense counsel for both of the Defendants in the above-captioned matter. While counsel for Mr. Sebbag has advised us that he is also representing Mr. Sebbag in connection with the above-referenced matter, and has accepted service on his behalf, we have been unable to reach him the past week to discuss an agreed date for Mr. Sebbag to answer the Complaint. Similarly, although we have been in contact with criminal counsel for Ms. Hoxie, he has advised us that although he cannot represent Ms. Hoxie in the above-captioned matter, he is authorized to forward her request for an extension of time to submit her Answer.

Furthermore, it is our understanding from discussions with all the parties in the criminal action that there are expected to be plea agreements in place within the next two weeks. These pleas will likely lead to a settlement of the above-captioned action as well. For these reasons, the SEC proposes that both Defendants' Answers be due on or before September 3, 2010, and that the Court approve that request by "So Ordering" this letter.

Respectfully Submitted,

Howard A. Fischer

So Ordered
Naomi Reice Buchwald
USDJ
July 26, 2010

MEMO ENDORSED

cc (by email): Counsel for Defendants