USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

  - against -

YONNI SEBBAG and BONNIE JEAN HOXIE,

                Defendants.

---------------------------------------X

**ORDER**

10 CV 4241 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** plaintiff commenced the above-captioned action on May 26, 2010; and

    **WHEREAS** on November 5, 2010, the Court entered a final judgment as to defendant Bonnie Jean Hoxie; and

    **WHEREAS** on February 18, 2011, the Court entered a final judgment as to defendant Yonni Sebbag; it is hereby

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to the Court's calendar if plaintiff makes an application, pursuant to the above-mentioned judgments, to restore this action for the purpose of determining the amounts of any disgorgement and/or civil penalties.

Dated:     New York, New York
           February 18, 2011

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE


A copy of the foregoing Order has been mailed on this date to the following:

**Attorney for Plaintiff**
Howard Fischer
Securities and Exchange Commission
3 World Financial Center
Room 4300
New York, NY 10281

**Attorney for Defendant Hoxie**
Robert M. Baum, Esq.
Federal Defenders of New York, Inc.
52 Duane Street. 10th Floor
New York, NY 10007

**Attorney for Defendant Sebbag**
Steven R. Kartagener
225 Broadway
Suite 2700
New York, NY 10007

2